UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                          Crim. No. 06-329 (JNE/JJG)
                                            ORDER

Edward Puckett,

       Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on January 9, 2007. Defendant objected to the Report and Recommendation. The government responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Defendant's Motion to Suppress Statements and Derivative Evidence [Docket No. 37] is DENIED.

Dated: March 12, 2007

                                                         s/ Joan N. Ericksen
                                                         JOAN N. ERICKSEN
                                                         United States District Judge